# United States District Court
# For The Western District of North Carolina
# Statesville Division

Bernard von NotHaus,

    Plaintiff(s),

vs.

U. S. Attorney's Office, Edward R. Ryan,
Mark T. Odulio, Jill Westmoreland Rose,
Andrew F. Romagnuolo, Thomas R. Ascik,
and R. Deke Falls,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV58

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2010, Order.

    Signed: August 31, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court